

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00512-CV

FREEMAN MILLS PC, Appellant

v.

LAURA BOSWELL AND BRIAN
HUNTLEY PETTIT, Appellees

§   On Appeal from the 322nd District Court

§   of Tarrant County (322-744248-23)

§   July 17, 2025

§   Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order granting Appellee Laura Boswell's motion to strike Appellant Freeman Mills PC's petition in intervention. It is ordered that the trial court's order and final divorce decree are affirmed.

It is further ordered that Appellant Freeman Mills PC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr